COURT OF APPEALS
EIGHTH DISTRICT OF TEXAS
EL PASO, TEXAS



| | | |
|---|---|---|
| IN RE | § | No. 08-24-00023-CV |
| | § | |
| GILBERT MARTINEZ | § | AN ORIGINAL PROCEEDING |
| and ALFREDO GARCES, | § | IN MANDAMUS |
| Relators. | § | |

## J U D G M E N T

The Court has considered this cause on the Relators' petition for writ of mandamus against the Honorable Sergio Enriquez of the 448th Judicial District Court of El Paso County and concludes that Relators' petition for writ of mandamus should be denied without prejudice. We therefore deny the petition for writ of mandamus, in accordance with the opinion of this Court.

IT IS SO ORDERED THIS 22ND DAY OF APRIL 2024.

LISA J. SOTO, Justice

Before Alley, C.J., Palafox and Soto, JJ.